## CONSENT FORM

1.    I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2.    During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3.    I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4.    If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: 17 July 2009

Signature

Print Name

REDACTED



## CONSENT FORM

1.    I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2.    During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3.    I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4.    If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: July 17, 2009

Erica M. Hammond
Signature

Erica Hammond
Print Name

REDACTED

## CONSENT FORM

1.      I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2.      During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3.      I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4.      If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: 7/4/09

Signature

Tammie Parks

Print Name

REDACTED



## CONSENT FORM

1.    I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2.    During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3.    I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4.    If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date:  7/17/09

Kiesha Pough
Signature

Kiesha Pough
Print Name

REDACTED

## CONSENT FORM

1.      I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2.      During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3.      I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4.      If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: _07-07-09_

_____
Signature

_Kimberly Jordan_
Print Name

REDACTED

## CONSENT FORM

1.      I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2.      During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3.      I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4.      If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: July 16, 2009

Signature

Naturee Wells
Print Name

REDACTED

## CONSENT FORM

1.    I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 9 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, ialardi South Enterprises, Inc. d/b/a Onyx.

2.    During the past three years, I worked as an entertainer at the nightclub Onyx >eated in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and arious other fines and fees when I worked.

3.    I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this iction.

4.    If this case does not proceed collectively, then I also consent to join any iubsequent action to assert these claims against Gialardi South Enterprises, Inc. d/b/a Onyx.

Date: 7-20-09        
                     Signature

                     Monica Leaphart
                     Print Name

REDACTED

## CONSENT FORM

1.     I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2.     During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta.  I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3.     I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4.     If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: _____

_____
Signature

_____
Print Name

REDACTED