# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

Karenza Clincy, Erica Hammond,
Jammie Parker, Kiesha Pough,
Kimberly Jordan, Naturee Wells,
Monica Leaphart, and Summer Sales,
Individually and on behalf of others similarly situated,

      Plaintiffs,

v.                                    **NOTICE OF CONSENT FILING**

Galardi South Enterprises, Inc. d/b/a/ The Onyx,

      Defendant.            Court File No. 09-CV-02082 (RWS)

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form for the following person(s):

    Jessica Appling

Dated: 8/4/09

NICHOLS KASTER, PLLP

_____
Donald H. Nichols (GA Bar No. 450212)
E. Michelle Drake (GA Bar No. 229202)
Steven Andrew Smith
(MN Bar No. 260836)
   *Pro Hac Vice Application Forthcoming*
Anna P. Prakash (MN Bar No. 0351362)
   *Pro Hac Vice Application Forthcoming*
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200
Fax (612) 338-4878

And

BUCKLEY & KLEIN, LLP
Edward D. Buckley (GA Bar No. 092750)
Atlantic Center Plaza, Suite 1100
1180 West Peachtree Street
Atlanta, Georgia 30309
Telephone (404) 781-1100
Fax (404) 781-1101

ATTORNEYS FOR PLAINTIFFS

## CONSENT FORM

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2. During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3. I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: July 21, 2009

Signature: *Jessica Appling*

Print Name: Jessica Appling

REDACTED