# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

Karenza Clincy, Erica Hammond,
Jammie Parker, Kiesha Pough,
Kimberly Jordan, Naturee Wells,
Monica Leaphart, and Summer Sales,
Individually and on behalf of others similarly situated,

        Plaintiffs,

v.                                        **NOTICE OF CONSENT FILING**

Galardi South Enterprises, Inc. d/b/a/ The Onyx,

        Defendant.        Court File No. 09-CV-02082 (RWS)

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby

file the attached Consent Form for the following person(s):

        British D. Martin

Dated: August 18, 2009                     NICHOLS KASTER, PLLP


                                           s/ E. Michelle Drake_____
                                           Donald H. Nichols (GA Bar No. 450212)
                                           E.  Michelle Drake (GA Bar No. 229202)
                                           Steven Andrew Smith
                                           (MN Bar No. 260836)
                                               *Pro Hac Vice Application Forthcoming*
                                           Anna P. Prakash (MN Bar No. 0351362)
                                               *Pro Hac Vice Application Forthcoming*
                                           4600 IDS Center
                                           80 South 8th Street
                                           Minneapolis, MN  55402
                                           Telephone (612) 256-3200
                                           Fax (612) 338-4878

                                           And

                                           BUCKLEY & KLEIN, LLP
                                           Edward D. Buckley (GA Bar No. 092750)
                                           Atlantic Center Plaza, Suite 1100
                                           1180 West Peachtree Street
                                           Atlanta, Georgia 30309
                                           Telephone (404) 781-1100
                                           Fax (404) 781-1101

                                           ATTORNEYS FOR PLAINTIFFS

## CONSENT FORM

1.      I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2.      During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3.      I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4.      If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: 1.26.09

_____
Signature

_____
Print Name
British Martin

_____

No Information Included Below Will be Filed With the Court

REDACTED

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

---

Karenza Clincy, Erica Hammond,
Jammie Parker, Kiesha Pough,
Kimberly Jordan, Naturee Wells,
Monica Leaphart, and Summer Sales,
Individually and on behalf of others similarly situated,

      Plaintiffs,

v.

**CERTIFICATE OF SERVICE**

Galardi South Enterprises, Inc. d/b/a/ The Onyx,

      Defendant.

Court File No. 09-CV-02082 (RWS)

---

I hereby certify that on August 18, 2009, I electronically filed *Notice of Consent Filing* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

N/A

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

GALARDI SOUTH ENTERPRISES, INC.
Attn: President
1730 N.E. Expressway
Suite 200
Atlanta, GA 30329

GALARDI SOUTH ENTERPRISES, INC.
1730 N.E. Expressway
Suite 200
Atlanta, GA 30329

Dated: August 18, 2009

s/E. Michelle Drake
Donald H. Nichols (GA Bar No. 450212)
E.  Michelle Drake (GA Bar No. 229202)
Steven Andrew Smith
(MN Bar No. 260836)
    *Pro Hac Vice Application Forthcoming*
Anna P. Prakash (MN Bar No. 0351362)
    *Pro Hac Vice Application Forthcoming*
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200
Fax (612) 338-4878

And

BUCKLEY & KLEIN, LLP
Edward D. Buckley (GA Bar No. 092750)
Atlantic Center Plaza, Suite 1100
1180 West Peachtree Street
Atlanta, Georgia 30309
Telephone (404) 781-1100
Fax (404) 781-1101

ATTORNEYS FOR PLAINTIFFS