**CONSENT FORM**

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2. During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3. I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: 17 July 2009

[signature]
Signature

Karenza Clincy
Print Name

REDACTED

EXHIBIT
tabbies
A

**CONSENT FORM**

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2. During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3. I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: July 17, 2009

Erica M. Hammond
Signature

Erica Hammond
Print Name

REDACTED

**CONSENT FORM**

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*., to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2. During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3. I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: 7/4/09

Signature

Tammie Parker

Print Name

REDACTED

**CONSENT FORM**

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2. During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3. I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: 7/17/09

Kiesha Pough
Signature

Kiesha Pough
Print Name

REDACTED

**CONSENT FORM**

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*., to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2. During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3. I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: 07-07-09

[signature]
Signature

Kimberly Jordan
Print Name

REDACTED

**CONSENT FORM**

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*., to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2. During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3. I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: July 16, 2009

Signature

Naturee Wells

Print Name

REDACTED

**CONSENT FORM**

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 9 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, ialardi South Enterprises, Inc. d/b/a Onyx.

2. During the past three years, I worked as an entertainer at the nightclub Onyx ocated in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and arious other fines and fees when I worked.

3. I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this iction.

4. If this case does not proceed collectively, then I also consent to join any ubsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: 7-20-09

M Leaphart
Signature

Monica Leaphart
Print Name

REDACTED

**CONSENT FORM**

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, Galardi South Enterprises, Inc. d/b/a Onyx.

2. During the past three years, I worked as an entertainer at the nightclub Onyx located in Atlanta. I did not receive an hourly wage, and I was required to pay a house fee and various other fines and fees when I worked.

3. I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Galardi South Enterprises, Inc. d/b/a Onyx.

Date: July 14 2009

Signature

Summer Rae Salem

Print Name

REDACTED