# GALARDI SOUTH ENTERPRISES CONSULTING INC. AND ITS AFFILIATE CLUBS RULES OF CONDUCT FOR CONTRACTORS AND EMPLOYEES

1. All entertainers will have expected performance days that they will be needed to work. If you are not able to perform for legitimate reasons, you are asked to call and speak only to your House-mom or Manager. You will be subject to fines or other appropriate discipline for no call/no shows.
2. All entertainers should arrive on time on the floor in costume or be subject to a late fee. And prior to being on the floor, check in with housemom and give her your keys or ride information. You must pass the Breathalyzer to drive your car home. No one else will be allowed to drive your car home, <u>unless a Manger on duty approves.</u>
3. All entertainers are responsible to go to the dressing room for all reviews or on the last song of any feature act. You must line up for the 2 for 1 walk out.
4. Entertainers are responsible to report to their stages at the beginning of the first song of their set to replace entertainers <u>who will remain on stage until the next entertainer arrives.</u> All entertainers should be fully clothed before departing the stage. Entertainers are strictly prohibited from walking around the club partially or fully naked. If your replacement does not arrive you should begin to perform on set until the replacement does arrive.
5. <u>ALWAYS THANK OUR CUSTOMER FOR TIPS.</u> Never yell at our customers for not tipping, or act unprofessional toward customers for any reason. If you need assistance in dealing with a customer, ask your Floor Manager or the Manager on duty.
6. While performing nude (<u>NUDE MEANS NUDE; NO HALF NUDE ETC.; TOPS AND BOTTOMS OFF COMPLETELY</u>) you will follow these house policies; you will NOT:
    a. NOT Bend over more than 90 degrees
    b. NOT squat down and spread legs for any reason, nor spread butt cheeks
    c. NOT make any obscene act or gestures (i.e. fondling oneself)
    d. Carry conversations while on stage
    e. Drink, smoke or chew gum while on stage.
7. House dances are $10.00 ($20.00 in V.I.P. rooms). <u>Please get your money up front or else YOU risk not being paid!</u> Inform customer what you are charging and do not take advantage.
8. All entertainers are responsible to dance each and every song on each of their stage sets. If you want another entertainer to cover your set you must find the entertainer, pay her $10.00 minimum, and notify the DJ immediately. Do not give the DJ money to find the cover.
9. Do not "hang out" in the DJ booth, Kitchen, Front Door, Dressing Room or Office.
10. Costume Policy:

1

**Exhibit B**

    a.    Words on costumes are Management's Call
    b.    No homemade wear without hems
    c.    No obscene or wife-beater shirts
    d.    No head bands, do-rags, bandanas
    e.    Hats, Cowboy or Combat boots are Management's Call
    f.    Butt covers or wraps – optional, Management's Call

11. No prop such as riding crops, whips or handcuffs.
12. Garters should be worn on the leg above the knee. <u>Watch you money, if you loose it, it is your fault you are still responsible for fees.</u>
13. No baseball caps unless worn as part of a sports costume.
14. All entertainers must have hair done, nails and toenails painted, make-up on, costumes clean and in good condition and shoes (only high heels or stiletto platforms) clean and neat prior to the start of each shift. No denim or blue jean look-a-like costumes.
15. Clean hygiene overall expected, Management will evaluate your appearance. Do not take it personally.
16. All entertainers are prohibited in kitchen at all time.
17. **OUTSIDE FOOD IS PROHIBITED IN CLUB!**
18. Beverage sales are the clubs business, please be cordial when accepting drinks offered to you by customers. Non-alcoholic drinks are available. Drinking is a privilege, if you are 21 or older. Any abuse will cost you this privilege.
19. **ZERO TOLERANCE FOR DRUGS.** If you are caught in possession of, buying, selling, or using you will be punished accordingly. Management has the right to search any and all personal belongings. There is a 30-day minimum suspension if caught with or involved in any drug activity in the club. If you refuse a search you are subject to an automatic 30-day suspension.
20. Absolutely no talking about another entertainer while at work, as well as any personal travesties occurring in your own life to customers. They are there to relax, not listen to dissension or personal problems.
21. Husbands, boyfriends, etc. are welcomed until there is a problem. Management call on all issues whether welcomed or not welcomed.
22. Never leave with a customer or have a customer follow you home. Dating customers is strictly prohibited. Always inform housemom and Management about your ride information.
23. Inform the Manager immediately of any customer asking you for drugs, prostitution, or anything else prompting illegal activity. Do not joke about any vice or prostitution, <u>you could get arrested.</u>
24. No music without words, any rap music or words of violence. The DJ has control of music…NOT you.
25. DJ fee is 10% of your gross tips. The minimum fee is $10.00. Under paying your fee will not be allowed.
26. You are expected to be professional to all other employees; any and all problems will be taken to the Manager and not handled personally.

27. All entertainers must leave out of the designated departure doors ONLY! This is for your own safety!
28. No hanging out when your shift is over. Call it a day and go home. Don't hang out and drink. Off days, when you come in let Management know you are there.
29. All entertainers must pay and sign personally the house and DJ fee sheets. This must be done prior to getting dressed to go home.
30. No fighting will be tolerated. Mandatory suspensions or dismissals will be issued to all parties involved.
31. G-bucks are handed only to customer. <u>Customer hands the G-bucks to entertainer.</u> Entertainers do not distribute G-bucks; <u>nor waitresses.</u>
32. Management will hold out G-bucks in the safe on questionable customer disputes, transactions, and charge backs for up to 30-90 days, involving G-bucks.

BY SIGNING THIS FORM I AGREE THAT I HAVE READ EACH ITEM LISTED ABOVE AND FULLY UNDERSTAND OUR COMPANY RULES OF CONDUCT AND ATTEND TO ADHERE TO EACH RULE.

<u>GIVEN NAME:</u> _____

<u>STAGE NAME:</u> _____

<u>DATE:</u> _____

3