```
 1

 2

 3   IN THE MATTER OF:                    CERTIFIED COPY

 4              Clincy, et al

 5

 6                    vs.

 7

 8        Galardi South Enterprises, et al

 9

10

...

20              TRANSCRIBED BY:

21            Lori Morrow, RPR, CRR

22              Court Reporter

23    Paradigm Reporting & Captioning Inc.

24         www.paradigmreporting.com

25
```

1
2                        Onyx Conversation
3
4         FEMALE:  I'm not saying that, but -- but no,
5  I'm just saying the consequences for what I'm saying is
6  if we have a problem with something that's being said,
7  and all of us collectively ask them -- not just all of us
8  that are here, but other girls, we'll have a problem
9  with, okay, we've got to pay $100 to work, and we wanted
10 to pay 10 percent of what we make, and then we get fined
11 on top of that because you don't think we're tipping out
12 Fernando 10 percent, you know what I'm saying, because a
13 foreman came and highlighted our name, you know what I'm
14 saying, and when we come and ask you about it, you're
15 kind of like -- -- I can't do anything.
16         MALE:  The fine, we get fined, you know --
17         FEMALE:  How do you know how much money I make?
18 Like even if I make $400 in a -- with the court, that
19 doesn't mean I made money all night.  That means I made
20 $400 in a -- with the court.  And we have to split that
21 200, and that might be my only --
22         MALE:  -- well aware.  I mean, how many girls
23 get fined?  It's very rare.  It's hardly often.
24         MALE:  It's not an every night occurrence.
25 It's only when we know you make $1,000, or this customer

```
 1   spends five grand, and he walks home with our money.
 2   There's three or four of you, and you tip out 20 or 30.
 3              FEMALE:  You say that, right.  And I have
 4   danced for Black twice.  And it seems like whenever he
 5   come in here, he might get 5,000 and only spend two.  And
 6   I can say that because it has happened.  But it's like,
 7   well, we know he got $5,000, so you only paid
 8   Fernando $35.  Something's going on.  You're fined $100.
 9              MALE:  When everybody else -- you only danced
10   for everybody else but him.  And it was because it has
11   happened, but it's only like we know he got $5,000, so
12   you only gave Fernando $5, and we know what's going on.
13              FEMALE:  Yeah, but everybody else --
14              MALE:  I'm just saying, when you dance for
15   everybody else, everybody --
16              FEMALE:  What about an instance when you fined
17   everybody?
18              MALE:  Everybody is aware of the fines that are
19   in place.  You don't have to agree with it.  There are
20   plenty of other --.  If you don't like this one, you're
21   free to move on.
22              FEMALE:  No.  I'm not saying that.  I'm just
23   saying if we have a problem, and we come and talk to you,
24   and the problem doesn't even get -- you say $35.  It's
25   going to make things hard to --
```

1           FEMALE:  Come and talk to you.
2           FEMALE:  Right.
3           FEMALE:  Well, I don't have a problem coming to
4  talk to you, Rick.
5           FEMALE:  But I'm just saying if more than one
6  girl has a problem with something, and we feel like when
7  the problem is presented to you nothing happens, it's
8  kind of like we're talking on deaf ears.  You know what
9  I'm saying?
10          MALE 2:  -- happen sometimes because that's the
11 rule, and it's not going to change just because you don't
12 like it.  I've met with several of you, and I've met with
13 several girls in the dressing room that have come in my
14 office and basically tell me they don't want to be fined,
15 but they want to show up at midnight, and they want to
16 leave at 3:00.  Now, you're talking about wanting to act
17 like employees.  Well, I don't know any employee on the
18 face of the earth -- basically, you know what the IRS
19 says, an employee gets paid $7.25 an hour.  So if you all
20 were to become employees, which the waitresses are
21 employees, basically, you would have to be showing that
22 you're making $7.25 an hour to be a wage employee.
23 That's basically what the waitresses are.
24          MALE:  And how many --
25          MALE 2:  Hang on, Rick.  And, basically, you

```
 1   all only work three hours a day, because, basically,
 2   that's what you all wanted to do is come in here.  Now,
 3   at $7.25 an hour, we will come in here after all these
 4   girls -- because I'm going to go to the dressing room
 5   right after I meet with you all, and I'm going to tell
 6   them everything that I talked to you all about and talk
 7   to them about it, too.  And I'm going to tell every one
 8   of these girls in this building exactly what's going on
 9   with you all because I don't like to have any bullshit
10   going on in this club.  I don't like "he said she said"
11   stuff.  So when I get done with you all, I'm going to
12   basically address everything that I've addressed with you
13   with all those girls in there.  So with that said, you
14   all, if we have to come in here, and say we do have to
15   come in and make all you girls employees, which, like I
16   said, will be three years down the road, because we could
17   tie this up in court for three years at least, basically,
18   what would come after three years is we would come in,
19   and we would take everybody's money from them every night
20   on stage after each dance is done, and we would count
21   their money like an accountant every freakin' night, and
22   then we would fill out our IRS slips, and we would turn
23   them in to the IRS to make sure you all are paying your
24   taxes the right way.
25              FEMALE:  I have a question.  As a waitress,
```

```
 1  though, you're an employee, right?
 2          MALE 2:  Absolutely.
 3          FEMALE:  You don't count their money, though.
 4          MALE 2:  We don't count their money?
 5          FEMALE:  No.
 6          MALE 2:  They are responsible to put on their
 7  time cards what they make every night that goes towards
 8  their hourly salary.  So they make the $7.25 an hour, and
 9  if they make $200 in a credit card tab plus whatever they
10  make in tips, they have to put it on their time card.
11          FEMALE:  Okay.
12          MALE:  They report everything on their --
13          MALE 2:  And that's why when they get their
14  check back, it's zero.
15          FEMALE:  I worked at Rick's Cabaret in
16  Minnesota, and we got paid hourly, and we claimed the
17  amount of tips that we wanted to on our sheets, and we
18  got a slip every night, and we got paid hourly.  At the
19  end of the week, we got a check, too.  And they didn't
20  count every single dollar that we made.  They told us,
21  according to what we were claiming on our tips, what did
22  we want to put on there.  So I don't understand what you
23  mean you're going to take all of our money and then put
24  something on something.  They didn't count our money at
25  the end of the night.
```

1        FEMALE: Okay. Our fees are put on a schedule,
2  right? Employees have -- we're not wanting to be treated
3  like employees. We want to be treated like independent
4  contractors. So why are we having to put in the schedule
5  if we didn't have to put it in the schedule --
6        MALE 2: All right. Let me ask you this.
7  Let's take T.I., for instance. What do you think T.I.
8  is? T.I. is an independent contractor. He has his own
9  company. Young Jeezy is an independent contractor. He
10 has his own company. But when Young Jeezy is basically
11 hired to do a show, he has to put in a schedule. He has
12 to say, I'm going to be in Detroit on Friday, I'm going
13 to be in California on Tuesday. I'm going to be here on
14 Wednesday. Well, we legally can have you guys here three
15 to four days a week.
16       FEMALE: You don't say that, though. You don't
17 say you have to work three days out of the week. Right?
18 You say -- you don't say you have to work four days out
19 of the week. You say you have to make a schedule. So
20 that's where the problem comes in because --
21       MALE 2: What's the minimum days a week?
22       FEMALE: It's four days, and, you know, I love
23 everybody. But really, I mean, you all chose to work
24 here. You all know the rules. The rules --
25       FEMALE: But --

```
 1              FEMALE:  Wait a minute.  Just like he's saying,
 2   if you're an independent contractor, you can't go --
 3              FEMALE:  I'm coming -- --
 4              FEMALE:  Listen.  Listen.
 5              FEMALE:  Okay.  Well --
 6              FEMALE:  Do you all want to listen?
 7              FEMALE:  Go ahead.
 8              FEMALE:  What I'm saying is you can be an
 9   independent contractor, but you can't just go into
10   anybody's establishment and do what you want to do.  You
11   have rules.  Let me say this.  Let me say this.  Even if
12   you go into an establishment and work, even if you go
13   into another club and work, and you're an independent
14   contractor, that doesn't mean because you're independent
15   you can prostitute.  You have rules.  You know what I'm
16   saying?  These are this club's rules.  And in order to
17   work in this club and contract yourself out, you have to
18   abide by their rules.  No.  No.  No.  You know I'm not
19   calling you all --
20              FEMALE:  I know.  But I'm saying, for instance,
21   I'm just saying, if -- for an example -- is legal, so, of
22   course, I make -- -- a lot of girls cannot proffer any
23   illegal activities.  Second of all, it would be different
24   if the rule was you have to work a minimum of four days.
25   The rule is you have to schedule a minimum of four days.
```

| | |
|---|---|
| 1 | And if you don't schedule or don't abide by this |
| 2 | schedule, then you are fined.  But -- |
| 3 |      FEMALE:  If T.I. doesn't make his show, he has |
| 4 | to either pay a fine or -- |
| 5 |      FEMALE:  That's the schedule. |
| 6 |      FEMALE:  But, Ms. Sabrina -- |
| 7 |      FEMALE:  That's the schedule. |
| 8 |      FEMALE:  But, Ms. Sabrina, no.  What I'm saying |
| 9 | is why is the mandatory schedule in place. |
| 10 |      FEMALE:  Wait.  I have a question real quick. |
| 11 |      (Several people are talking at once.) |
| 12 |      MALE 2:  Ladies, ladies, ladies, ladies.  Let |
| 13 | me just say this.  All this can go back and forth all |
| 14 | night long about why you all don't want to be fined and |
| 15 | why this is this, and this is that, and this is this. |
| 16 | Basically, like I said, what you all did was pretty |
| 17 | serious stuff, and now I'm addressing that.  And |
| 18 | basically, the only way that it's going to go away and |
| 19 | you all are going to be able to work in this club is if |
| 20 | all eight or nine of you, whoever is on the class action |
| 21 | lawsuit that you all decided to file, get together and |
| 22 | decide to drop it.  Once you all decide to drop it and |
| 23 | you all talk amongst each other, then you can all come |
| 24 | back to work and wipe the slate clean, and any of this |
| 25 | B.S. we can basically sit down and go over. |

```
 1              FEMALE:  What you talking about?
 2              FEMALE:  You say sit down and go over it.  Does
 3    that mean including --
 4              MALE 2:  I'm not going to say that I'm going
 5    to -- I'm not going to say I'm going to get rid of the
 6    scheduling.  I cannot --
 7              FEMALE:  That's for the whole club.  I'm just
 8    saying maybe -- not have to work --
 9              FEMALE:  I'm not going to --
10              FEMALE:  I have a question, though.  I just
11    have one question.
12              FEMALE:  I know for sure when I walk out of
13    this door, I'm going to pay my schedule like -- because I
14    was -- so that's just what I --
15              MALE 2:  That's your prerogative.  But I'm
16    telling you, ladies, like this.  There's, what is it,
17    nine of them on the lawsuit.  And until all nine of you
18    get together and decide to drop this before -- basically,
19    you guys can come to me Friday in my office in Atlanta
20    and say, you know, we decided to withdraw this, or,
21    basically, like I said, next two to three years, you're
22    not going to be allowed on this property, and you're not
23    going to be allowed to work in this club.  And I
24    guarantee you, Kimber, you can take this to the bank.
25    We'll be in court for at least two years.  I don't care
```

1  what lawyer you're talking to. I don't care who is
2  pumping your head or what nonsense, whatever lawyer is
3  telling you.
4           FEMALE: Takes me -- --
5           MALE 2: Honey, I could sue you and say all
6  kinds of stuff about you. And whether it's true or not,
7  any lawyer is going to take your money. I mean, so, you
8  know, she's wasting her pay. And that's fine. That's
9  why I wanted to have this meeting with you all for.
10          FEMALE: I feel like we're at a point where I'm
11 being talked down to. That's what I don't appreciate.
12          MALE 2: I am not talking down to you. I'm
13 just telling you right now.
14          FEMALE: You can take this to the bank, Kimber.
15 I mean, I will.
16          MALE 2: Any lawyer can sit here and tell me
17 what I want to hear, too.
18          FEMALE: But you have to realize Onyx is not
19 the only club in Atlanta. And if you feel like the point
20 where you want to blackball me or tell --
21          MALE 2: I'm not blackballing you. I'm just
22 saying what's true.
23          FEMALE: -- other managers, I'm just saying
24 what your manager said.
25          MALE 2: They never said they tell the

1  managers.  But you know the streets talk.
2           FEMALE:  Oh, my God.  I mean, everybody --
3           (Several people are talking at once.)
4           MALE 2:  You said you want to have a meeting
5  with all 50 girls and tell them what happened.  I wanted
6  it to come from the horse's mouth, you know?
7           FEMALE:  That's fine.
8           MALE 2:  So, like I said, you all get together,
9  talk amongst each other.  You all want to basically drop
10 this, fine and dandy.  We can start fresh and sit down,
11 and, you know, you guys want to come to me and talk.  But
12 no, I'm not going to tell you I'm going to drop the
13 scheduling.  I'm not going to tell you I'm going to drop
14 the fines.  But I'll tell you you'll be able to at least
15 work here for the next couple of years.
16          FEMALE:  What --
17          MALE 2:  Anything that's reasonable.  When I
18 have girls coming to my office and telling me basically
19 they want to come in at midnight and leave at 3:00 and
20 they don't want to be fined, that's unreasonable.
21          FEMALE:  I understand that.  You have a
22 business to run.
23          MALE 2:  Well, that's great.
24          FEMALE:  But my question was -- because this
25 has been a problem for me.  And Rick -- -- but there have

```
 1  been times where my schedule is Monday, and I call and
 2  say I can't work Monday, can I reschedule for Wednesday.
 3  And that's no problem, and I still get fined.
 4          FEMALE:  Sabrina, how --
 5          FEMALE:  No, no, no, no, no.  But if I did show
 6  up on Wednesday, because I know I would work -- if I did
 7  show up on Wednesday, and I still get fined, that's a
 8  problem.
 9          FEMALE:  Your fine would wipe clean if you had
10  showed up Wednesday.  But you didn't show up.
11          FEMALE:  No.  I'm not talking about that.  I
12  paid my fine.
13          FEMALE:  It's not like they're not workable.
14  Because you said Sonya said you can't address the
15  situation --
16          FEMALE:  If I want to interchange the days,
17  yeah.
18          FEMALE:  But when you came and addressed the
19  situation, he wiped your fine, provided you showed up for
20  work Wednesday.  But you didn't come.
21          MALE 2:  We don't want to fine you.  We want
22  you at work.  Unfortunately, you guys just don't see it
23  that way.
24          FEMALE:  How can they run a club without the
25  beautiful entertainers that we have?
```

1    MALE 2:  Can't have a concert without T.I.
2  performing.
3    FEMALE:  Who's talking T.I.?  Is he in this --
4    FEMALE:  How about Michael J.?
5    FEMALE:  Michael J is --
6    FEMALE:  Do you think he has a schedule?  And
7  if he didn't make it, they had -- -- they had to pay off.
8  You know what I'm saying?
9    FEMALE:  He's getting paid, though.  That's the
10 whole, big difference.
11   FEMALE:  You're getting paid.
12   FEMALE:  No.  We're earning tips.  We're not
13 getting paid.
14   FEMALE:  Well, why would you come in here if
15 you're not getting paid?
16   FEMALE:  The club is not paying us.  That's the
17 point.  You're talking about them, and they are getting
18 checks.  We're not getting checks.
19   FEMALE:  They have the business open for you.
20 This is like a beauty salon.  You have to pay to rent
21 your booth.  You have to pay to do hair --
22   FEMALE:  Right.  And I did hair, and I was a
23 bartender, too.  And I came in when I came in because I
24 was on my own schedule because I was independent because
25 I rented that space.  But if I'm paying --

| | |
|---|---|
| 1 | FEMALE: But a beauty salon establishment can |
| 2 | have whatever rules that they want to have. And when |
| 3 | it's my business, and I have rules, if you choose to work |
| 4 | there under my conditions, then that makes you an |
| 5 | independent contractor. |
| 6 | MALE 2: Andrea, if you want to wait over and |
| 7 | listen to the meeting that I'm going to have with all the |
| 8 | girls -- because you missed a lot of the stuff that I |
| 9 | have talked to the girls about. If you'd like to stay |
| 10 | over and listen to that meeting, you're more than welcome |
| 11 | to, so I can inform you basically what I informed these |
| 12 | girls of. |
| 13 | FEMALE: We have our bar -- -- |
| 14 | MALE 2: Yeah. Absolutely. No problem. So |
| 15 | girls, like I said to you earlier, basically -- |
| 16 | FEMALE: So if all nine girls get together |
| 17 | and -- -- |
| 18 | MALE 2: Basically, you all did this together. |
| 19 | You all are going to walk away together, or you're going |
| 20 | to go to court together. So -- |
| 21 | FEMALE: I'm just saying that if I -- |
| 22 | FEMALE: Why you trying to get me -- -- |
| 23 | FEMALE: Come together like, you know what I |
| 24 | mean. It's all or nothing. |
| 25 | MALE 2: All or nothing. |

```
 1              FEMALE:  I have one question.  What's the
 2   suspension indefinitely?  What's that for?  What's the
 3   reason behind that?
 4              MALE 2:  What's the reason behind it?
 5   Basically, we've got litigation.  You don't need to be in
 6   the building now.  You're suing us.
 7              FEMALE:  Okay.  I just wanted to be clear on
 8   that.
 9              MALE 2:  Clear?  The ladies that are getting
10   up, make sure they clean their lockers.
11              FEMALE:  Can I use the bathroom?  I'm serious.
12   Can I use the bathroom?  Thank you.
13
14
15
16
17
18
19
20
21
22
23
24
25
```