## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

Karenza Clincy, Erica Hammond,
Jammie Parker, Kiesha Pough,
Kimberly Jordan, Naturee Wells,
Monica Leaphart, and Summer Sales,
Individually and on behalf of others similarly situated,

      Plaintiffs,

v.

Galardi South Enterprises, Inc. d/b/a/ The Onyx,
Galardi South Enterprises Consulting, Inc.  d/b/a/ The Onyx,
Michael Kapp and Jack Galardi,

      Defendants.               Court File No. 09-CV-2082 (RWS)

## DECLARATION OF E. MICHELLE DRAKE

1.    I am one of the attorneys for the Plaintiffs in the above-entitled matter. I have personal knowledge of the facts set forth in this Declaration and if called as a witness for this purpose, I could and would testify competently under oath to them.

2.    I submit this Declaration in support of Plaintiffs' Motion Conditional Class Certification.

3.    A true and correct copy of the following documents are attached hereto to as exhibits:

Exhibit 1:   Filings retrieved from the Georgia Secretary of State website pertaining to Galardi South Enterprises, Inc.

Exhibit 2:   Filings retrieved from the Georgia Secretary of State website pertaining to Galardi South Enterprises Consulting, Inc.

Exhibit 3:   Transcript of Recording provided to me by Plaintiff Jammie Parker.

Exhibit 4:   Transcript of recording provided to me by Plaintff Karenza Clincy.

Exhibit 5:   Court Authorized Notice Form Approved in Russell v. ProMove, LLC, No. 1:06-cv-00659-RWS (Nov. 9, 2006).

Exhibit 6:   Plaintiffs' Proposed Notice Form.

Exhibit 7:   Plaintiffs' Proposed Order.

I declare, under 28 U.S.C. § 1746 and under the penalty of perjury, that the above is true and correct and that I have personal knowledge of the facts contained in this Declaration.

Dated: August 20, 2009                                        s/E. Michelle Drake
                                                              E. Michelle Drake