UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

---

Karenza Clincy, Erica Hammond,
Jammie Parker, Kiesha Pough,
Kimberly Jordan, Naturee Wells,
Monica Leaphart, and Summer Sales,
Individually and on behalf of others similarly situated,

      Plaintiffs,

v.                                         **NOTICE OF FILING**

Galardi South Enterprises, Inc. d/b/a/ The Onyx,
Galardi South Enterprises Consulting, Inc.  d/b/a/ The Onyx,
Michael Kapp and Jack Galardi,

      Defendants.              Court File No. 09-CV-2082 (RWS)

---

PLEASE TAKE NOTICE that Plaintiff Jessica Appling hereby withdraws her consent, pursuant to the attached Notice of Withdrawal.

Dated: August 26, 2009               NICHOLS KASTER, PLLP


                                     s/E. Michelle Drake
                                     Donald H. Nichols (GA Bar No. 450212)
                                     E.  Michelle Drake (GA Bar No. 229202)
                                     Steven Andrew Smith
                                     (MN Bar No. 260836)
                                        *Pro Hac Vice Application Pending*
                                     Anna P. Prakash (MN Bar No. 0351362)
                                        *Pro Hac Vice Application Pending*
                                     4600 IDS Center
                                     80 South 8th Street
                                     Minneapolis, MN  55402
                                     Telephone (612) 256-3200
                                     Fax (612) 338-4878

                                     And

                                     BUCKLEY & KLEIN, LLP
                                     Edward D. Buckley (GA Bar No. 092750)
                                     Atlantic Center Plaza, Suite 1100
                                     1180 West Peachtree Street
                                     Atlanta, Georgia 30309
                                     Telephone (404) 781-1100
                                     Fax (404) 781-1101

                                     ATTORNEYS FOR PLAINTIFFS