# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

---

Karenza Clincy, Erica Hammond,

Jammie Parker, Kiesha Pough,

Kimberly Jordan, Naturee Wells,

Monica Leaphart, and Summer Sales,

Individually and on behalf of others similarly situated,

        Plaintiffs,

v.

Galardi South Enterprises, Inc. d/b/a/ The Onyx,

Galardi South Enterprises Consulting, Inc. d/b/a/ The Onyx,

Michael Kapp and Jack Galardi

## NOTICE OF WITHDRAWAL OF PLAINTIFF

I hereby revoke my Consent to Join Litigation and withdraw as a Plaintiff from the above-mentioned lawsuit involving claims against Defendants Galardi South Enterprises, Inc. d/b/a/ The Onyx, Galardi South Enterprises Consulting, Inc. d/b/a/ The Onyx, Michael Kapp and Jack Galardi for violations of the Fair Labor Standards Act 29 U.S.C. § 201 et. seq.

I am withdrawing due to the stress of being terminated, and from the lawsuit.

I understand that a statute of limitations applies in this case and that as a result of my withdrawal from this lawsuit, the statute of limitations, which was tolled upon filing my Consent to Join Litigation with the Court, will begin to run again upon my withdrawal. I understand that my claims may be barred by the passage of time and that it is advisable that if I intend

to further pursue this matter I should contact another attorney immediately.

_8/24/09_
Date

*Jessica Appling* (signature)
Signature

Jessica Appling
Print Name

Mail or Fax To:

Michelle Drake, Attorney at Law

Nichols Kaster, PLLP

80 South 8th Street, 4600 IDS Center

Minneapolis, MN  55402

Fax: (612) 338-4878

Telephone: (877) 448-0492

3