# AFFIDAVIT OF SERVICE BY E-MAIL AND MAIL

STATE OF MINNESOTA  )
                                                ) ss.
COUNTY OF HENNEPIN  )

Cristine M. Daley of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being duly sworn, says that on February 17, 2010, she caused to be served a data disc containing the following document(s):

1. Plaintiffs' Supplemental Document Production and corresponding index

by placing a copy of the same in the U.S. Mail in a postage paid enveloped, properly addressed to:

Susan Kastan Murphey
Dean R. Fuchs
Schulten Ward & Turner
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303

Cristine M. Daley

Subscribed and sworn to before me
On February 17, 2010

Notary Public

HEATHER J. O'NEIL
Notary Public-Minnesota
My Commission Expires Jan 31, 2012