# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Karenza Clincy, Jammie Parker, Kiesha Pough, Kimberly Jordan, Naturee Wells, Monica Leaphart, and Summer Sales, Individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Galardi South Enterprises, Inc. d/b/a/ The Onyx, Galardi South Enterprises Consulting, Inc. d/b/a/ The Onyx, Pony Tail, Inc. d/b/a/ The Onyx, Michael Kapp and Jack Galardi.<br><br>　　　　Defendants. | **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br><br><br><br><br><br><br>Court File No. 09-CV-2082 (RWS) |

Now come Plaintiffs in the above-captioned matter, by Counsel, and move this Court to grant Plaintiffs' Motion for Partial Summary Judgment, holding that Plaintiffs and the other entertainers at Club Onyx are employees under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* This motion is made pursuant to Fed. R. Civ. P. 56.

Dated: October 14, 2010               NICHOLS KASTER, PLLP

/s/ Anna P. Prakash
Donald H. Nichols (GA Bar No. 450212)
E. Michelle Drake (GA Bar No. 229202)
Steven Andrew Smith
(MN Bar No. 260836)
   *Admitted Pro Hac Vice*
Anna P. Prakash (MN Bar No. 0351362)
   *Admitted Pro Hac Vice*
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200
Fax (612) 338-4878

and

CAMPANO & SPERLING
Jennifer K. Mason (GA Bar No. 42418)
3175 Shallowford Road
Chamblee, GA 30341
Work Phone (770) 458-4477
Fax (770) 458-7663

ATTORNEYS FOR PLAINTIFFS