FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 21 2010

JAMES N. HATTEN, CLERK
By: [signature]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

KARENZA CLINCY, ERICA
HAMMOND, JAMMIE PARKER,
KIESHA POUGH, KIMBERLY
JORDAN, NATUREE WELLS,
MONICA LEAPHART and SUMMER     CIVIL ACTION FILE
SALES,                         NO. 09-CV-2082-RWS

          Plaintiffs,

vs.

GALARDI SOUTH ENTERPRISES,
INC., d/b/a THE ONYX,
GALARDI SOUTH ENTERPRISES
CONSULTING, INC., d/b/a
THE ONYX, PONY TAIL, INC.,
d/b/a THE ONYX, MICHAEL
KAPP and JACK GALARDI,

          Defendants.    ORIGINAL


DEPOSITION OF

DENNIS WILLIAMS

30(b)(6) Witness for Galardi South Enterprises and

Galardi South Enterprises Consulting

February 10th, 2010

10:00 A.M.

Schulten, Ward & Turner, LLP

260 Peachtree Street, N.W.

Suite 2700

Atlanta, Georgia


Lisa Brantly, RPR, CCR-2666