UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 21 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

KARENZA CLINCY, ERICA HAMMOND,
JAMMIE PARKER, KIESHA POUGH,
KIMBERLY JORDAN, NATUREE WELLS,
MONICA LEAPHART, and SUMMER SALES,
Individually and on behalf of
others similarly situated,
                    Plaintiffs

        vs.                             CIVIL ACTION
                                        FILE NO. 09-CV-2082-RWS

GALARDI SOUTH ENTERPRISES, INC.,
d/b/a THE ONYX, GALARDI SOUTH
ENTERPRISES CONSULTING, INC.
d/b/a THE ONYX, PONY TAIL, INC.
d/b/a THE ONYX, MICHAEL KAPP
and JACK GALARDI,
                    Defendants

ORIGINAL

DEPOSITION OF

CLIFFORD I. ADAMS, JR.

Thursday, February 4, 2010

10:11 a.m.

1776 Peachtree Street, N.W.
Atlanta, Georgia

Heather S. Cruz, RPR, CCR-2727