Jack Pepper, 3/23/2010 — Page: 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

KARENZA CLINCY, ERICA HAMMOND, JAMMIE PARKER, KIESHA POUGH, KIMBERLY JORDAN, NATUREE WELLS, MONICA LEAPHART, and SUMMER SALES, Individually and on behalf of others similarly situated,

    Plaintiffs,

vs.

GALARDI SOUTH ENTERPRISES, INC., d/b/a THE ONYX, GALARDI SOUTH ENTERPRISES CONSULTING, INC. d/b/a THE ONYX, PONY TAIL, INC. d/b/a THE ONYX, MICHAEL KAPP and JACK GALARDI,

    Defendants.

CIVIL ACTION FILE

NO. 09-CV-2082-RWS

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
OCT 21 2010
JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

**ORIGINAL**

DEPOSITION OF
JACK PEPPER

Tuesday, March 23, 2010
10:00 a.m.

260 Peachtree Street, NW
Suite 2700
Atlanta, Georgia

Kelly Babler, CCR-B-1428

612-339-0545   *Paradigm Reporting & Captioning Inc.*   800-545-9668