### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| KARENZA CLINCY, JAMMIE PARKER, KIESHA POUGH, KIMBERLY JORDAN, NATUREE WELLS, MONICA LEAPHART, and SUMMER SALES, individually and on behalf of others similarly situated, : : : : : : : : : | CIVIL ACTION NO. 1:09-CV-02082-RWS |
| Plaintiffs, | |
| v. | |
| GALARDI SOUTH ENTERPRISES, INC. d/b/a THE ONYX, GALARDI SOUTH ENTERPRISES CONSULTING, INC. d/b/a THE ONYX, PONY TAIL, INC. d/b/a THE ONYX, MICHAEL KAPP, and JACK GALARDI, | |
| Defendants. | |

### **ORDER**

Based on the submissions of the parties and the record in this case, the parties' Joint Motion for Settlement Approval [316] is **GRANTED**. The gross settlement amount, inclusive of the proposed allocations and requested awards to Plaintiffs and their counsel, is to be paid and distributed as described in the

AO 72A
(Rev.8/82)

parties' settlement agreement and moving papers. The settlement agreement shall not be filed under seal. Accordingly, the Clerk is **DIRECTED** to unseal the parties' Joint Motion for Settlement Approval [316].

    **SO ORDERED**, this __13th__ day of June, 2012.

*Richard W. Story*
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)